## TATE *v.* LEGG ET AL.

[No. 13,196.  Filed January 25, 1929.]

*Charles L. Tindall* and *Robert F. Reeves*, for appellant.

NICHOLS, J.—Reversed, on the authority of *Dinsmore* v. *Kreighbaum* (1926), 85 Ind. App. 168, 151 N. E. 436.

## BROWNING *v.* BARNES.

[No. 13,289.  Filed January 25, 1929.]

*Church & Chester*, for appellant.
*Mehl & Mehl*, for appellee.

PER CURIAM.—Affirmed.